

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00286-CV

| | | |
|---|---|---|
| BENBROOK ECONOMIC DEVELOPMENT CORPORATION, Appellant | § | On Appeal from the 67th District Court |
| | § | of Tarrant County (067-317774-20) |
| v. | § | April 7, 2022 |
| THE NATIONAL BANK OF TEXAS, Appellee | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's judgment is reversed and the case is remanded to the trial court for further proceedings.

It is further ordered that Appellee The National Bank of Texas must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
      Justice Elizabeth Kerr